**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6052

JAMES A. BUTLER,

                              Plaintiff - Appellant,

        versus

WARDEN; UNITED STATES OF AMERICA,

                              Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (CA-02-4102-1-WMN)

Submitted:  September 17, 2004      Decided:  December 21, 2004

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James A. Butler, Appellant Pro Se. Matthew Wayne Mellady, UNITED
STATES DEPARTMENT OF JUSTICE, Annapolis Junction, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Butler appeals the district court's order dismissing his Federal Tort Claims Act suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Butler v. Warden, No. CA-02-4102-1-WMN (D. Md. Oct. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED